UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SETERA and DENISE SETERA, | No. 2:17-CV-00893-KJM-DB |
| Plaintiffs, | |
| v. | ORDER |
| SOUTHWEST AIRLINES COMPANY, a Texas Corporation; Doe Business Entities 1-10; Doe Individuals 1-10, | |
| Defendants. | |

After a recent brain surgery and while confined to a wheelchair, plaintiff Mark Seter flew from Orlando, Florida to San Diego, California on Southwest Airlines. Compl. ¶¶ 11 12, ECF No. 1 (filed April 26, 2017). Midflight turbulence propelled Mr. Setera from his seat; he hit his head and allegedly suffered injuries. *Id*. ¶¶ 14, 21, 28, 30. Mr. Setera and his wife now sue Southwest Airlines and other unnamed defendants for negligence, products liability, breach of contract, and violations of the Airline Deregulation Act, Air Carrier Access Act, and Americans with Disabilities Act. *See generally id*. As written, the complaint includes no allegations suggesting the Eastern District of California is the proper venue: Plaintiffs reside in Florida, Southwest "resides" in Texas, and the flight at issue landed in the Southern District of California. *Id*. ¶¶ 1, 2, 11. The court therefore ORDERS plaintiffs to show cause within fourteen (14) days

1

why this case should not be dismissed for improper venue or transferred to the Southern District of California.

        IT IS SO ORDERED.

DATED:  May 15, 2017.

                                                    UNITED STATES DISTRICT JUDGE